**Glendon Dean ROSS, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38980.**

Missouri Court of Appeals,
Western District.

Sept. 8, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 27, 1987.

Application for Transfer Denied
Dec. 15, 1987.

William L. Webster, Atty. Gen., Jeffrey Philip Dix, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and
NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of a motion for post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).